# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LASOTRA A. KIDD | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj330/MD<br><br>Randall Lockhart, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(2) and 18 U.S.C. §§ 7 & 13 | Driving While License Suspended or Revoked With Knowledge | 08/01/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid by April 15, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 3/25/09

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-25-2009